[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12836
No. 12-12837
Non-Argument Calendar

_____

D.C. Docket Nos. 2:10-cr-00242-MEF-WC-1,
2:11-cr-00069-MEF-WC-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VERONICA DENISE DALE,

Defendant - Appellant.

_____

Appeals from the United States District Court
for the Middle District of Alabama

_____

(March 28, 2013)

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, counsel for Veronica Denise Dale in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dale's convictions and sentence are **AFFIRMED.**

In light of this ruling, the government's motion to dismiss is **DENIED AS MOOT**.